IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

K.L.L., A CHILD,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5840

_____/

Opinion filed August 28, 2017.

An appeal from the Circuit Court for Nassau County.
Adrian G. Soud, Judge.

Andy Thomas, Public Defender, and Lori A. Willner, Assistant Public Defender,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

The juvenile appellant, K.L.L., appeals a final disposition order adjudicating

her delinquent, following a guilty plea, and committing her to the custody of the

Department of Juvenile Justice for placement in a non-secure residential program.

In so doing, the trial court deviated from the Department's recommendation of probation.

We disagree with the appellant's characterization of the trial court's findings, which were well-reasoned and supported by competent, substantial evidence. However, we agree with the appellant that the trial court erred in committing her without first requesting a commitment level recommendation from the Department. See B.K.A. v. State, 122 So. 3d 928, 930 (Fla. 1st DCA 2013); A.L.M. v. State, 176 So. 3d 1025 (Fla. 1st DCA 2015).

Accordingly, we AFFIRM the portion of the disposition order adjudicating the appellant delinquent, but we REVERSE the non-secure residential commitment and REMAND to the trial court for further proceedings consistent with the opinions in B.K.A. and A.L.M., as well as section 985.433(7), Florida Statutes.

ROBERTS, MAKAR and JAY, JJ., CONCUR.